DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**S.S.,** a minor,
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1327

[June 10, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Melanie Dale Surber, Judge; L.T. Case No. 50-2024-CJ-001969-XXXA-SB.

Daniel Eisinger, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See O.L. v. State*, 310 So. 3d 419 (Fla. 4th DCA 2021).

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***